**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 97 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| JUSTEN IRLAND; SMITH AND WESSON | : | |
| 9MM SEMI-AUTOMATIC PISTOL, | : | |
| SERIAL # PDW0493, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issue as stated by petitioner is:

(a) In this matter in which the Commonwealth Court held that the Commonwealth may not seek forfeiture absent specific statutory authority -- a ruling that conflicts with both the Commonwealth Court's prior holdings and with those of the Superior Court -- and where there is now a split in coequal appellate authority -- should the Court grant the Commonwealth's petition in order to provide prompt and definitive guidance regarding the status of Common Law Forfeiture within the Commonwealth?

The Pennsylvania District Attorneys Association's motion for leave to file an

*amicus* brief in support of petitioner is **DENIED**.